UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLEDAD BARAJAS, | Case No.  25-cv-03068-AGT |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| LEE DUDEK, ACTING COMMISSIONER OF SOCIAL SECURITY, et al., | |
| Defendants. | |

By February 25, 2026, plaintiff Soledad Barajas must show cause for why the Court shouldn't (i) transfer this case to a district judge and (ii) recommend that the district judge dismiss this case with prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b). Barajas didn't file any opening brief by the deadline to do so, July 3, 2025, *see* dkts. 3 & 5, nor has Barajas requested an extension of time for just cause.

**IT IS SO ORDERED.**

Dated: February 18, 2026

Alex G. Tse
United States Magistrate Judge